FILED

JAN 29 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE WOODENLEGS,<br><br>Defendant. | CR 19-114-BLG-SPW<br><br>ORDER RESETTING HEARING |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for February 7, 2020, is **VACATED**.

IT IS FURTHER ORDERED that the change of plea hearing is reset for **February 4, 2020, at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

DATED this 28th day of January, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1